**E-Filed 6/2/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANNA C. RAY, | No. CV 09-05598 RS |
| Plaintiff, | **ORDER EXTENDING TIME FOR PRUDENTIAL TO FILE SUMMARY JUDGMENT MOTION** |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a corporation, DOES 1 through 30, inclusive, | |
| Defendants. | |

Having considered the Parties' Stipulation to extend the deadline for Defendant to file its motion for summary judgment on the issue whether Plaintiff's claims are barred by the applicable statute(s) or limitations, the Court orders as follows:

1. For good cause shown, the deadline for Defendant to file its motion for summary judgment on the issue of whether Plaintiff's claims are barred by the applicable statute(s) of limitations is extended to July 19, 2010;

2. Defendant shall notice the motion for summary judgment on a Thursday, at 1:30 p.m., in Courtroom 3, 17th floor, United States District Court Courthouse, San Francisco, California, in accordance with Civil L.R. 7-2. The time for filing and serving opposing papers and reply papers shall be measured pursuant to Civil L.R. 7-3;

No. C -09-05598 RS
ORDER

3. A Case Management Conference is set for June 10, 2010, at 10:00 a.m., in Courtroom 3, 17th floor, United States Courthouse, San Francisco, California. The Parties may file a supplemental Joint Case Management Statement one week prior.

IT IS SO ORDERED.

Dated: June 2, 2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

NO. C 09-05598 RS
ORDER